**Application Granted**
**SO ORDERED**

**150** YEARS OF LOOKING AHEAD

**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

August 10, 2006

**Brooklyn, New York**
**Dated:** AUG 2 1 2006

/s/ Hon. Eric Vitaliano

805 THIRD AVENUE
NEW YORK, NY 10022
(212) 687-0100
(212) 687-0659 FAX

**STEVEN A. STADTMAUER**
DIRECT: (212) 313-5479
SSTADTMAUER@HARRISBEACH.COM

*Via First Class Mail and ECF*

**Eric N. Vitaliano**
**United States District Judge**

Hon. Eric N. Vitaliano
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★     AUG 2 3 2006     ★

P.M.
TIME A.M.

Re:     *Russell v. Science Applications International Corporation, et al.*
Docket No.: 06 CV 2629
Our Matter No.: 222363

Dear Judge Vitaliano:

This office, along with McKenna Long & Aldridge LLP, represents defendant, Science Applications International Corporation ("SAIC"). This action has been referred for court-annexed arbitration pursuant to Local Civil Rule 83.10. The parties have conferred and jointly request that this action be removed from the court's arbitration docket for the following reasons.

Plaintiff alleges to have contracted a deadly form of blood cancer, multiple myeloma, as a result of exposure to radiation while operating a Vehicle and Cargo Inspection System manufactured by SAIC during the course of his employment as a Customs Officer for U.S. Customs. As such, plaintiff is seeking money damages well in excess of $150,000, the maximum for which cases are eligible for compulsory arbitration.

In addition, this case clearly presents complex and novel issues, including issues of scientific evidence and the application of the government contractor defense that cannot be properly addressed in arbitration at this time.

For the foregoing reasons, it is highly unlikely that a resolution of this matter would be achieved through this arbitration process. Accordingly, the parties respectfully request that this matter be removed from the arbitration docket.

Respectfully submitted,

/s/ Steven A. Stadtmauer

Steven A. Stadtmauer

SAS:fja/206973

Honorable Eric N. Vitaliano
United States District Judge
August 10, 2006
Page 2



cc: (via electronic mail)

Christina E. Curry, Esq.
Ameduri, Galante & Friscia
471 Bement Avenue
Staten Island, New York 10310
ccurry205@yahoo.com

Thomas D. Foti, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
425 Eagle Rock Avenue
Roseland, New Jersey 07068
tdfoti@mdwcg.com

Raymond B. Biagini, Esq.
Michelle L. Hylton, Esq.
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006-1108
rbiagini@mckennalong.com
mhylton@mckennalong.com

Rita Credle
Arbitration Clerk
rita_credle@nyed.uscourts.gov